THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM EDWARDS, Appellant.— Judgment of conviction of the County Court of Westchester county

unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.